[No. 29236-6-I.   Division One.   April 4, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DELESTER RAY WALTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-03197-0, George T. Mattson, J., entered Sep-

tember 25, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, C.J., and Kennedy, J.